203 So.2d 558

**Robert GREEN et al. and Ernest Gloston**

v.

**COMMERCIAL STANDARD INSURANCE COMPANY et al.**

No. 48913.

Nov. 10, 1967.

Writ refused. On the facts found by the Court of Appeal the result is correct.